KEMNITZER, BARRON & KRIEG, LLP
ADAM J. MCNEILE          Bar No. 280296
KRISTIN KEMNITZER        Bar No. 278946
1120 Mar West St., Ste. C2
Tiburon, CA  94920
Telephone:  (415) 632-1900
Facsimile:  (415) 632-1901
adam@kbklegal.com
kristin@kbklegal.com

Attorneys for Plaintiff ALICIA MICHALAK

SEVERSON & WERSON
SCOTT J. HYMAN              Bar No. 148709
GENEVIEVE R. WALSER-JOLLY   Bar No. 262784
19100 Von Karman Ave., Ste. 700
Irvine, CA  92612
Telephone: (949) 442-7110
Facsimile: (949) 442-7118
sjh@severson.com
grw@severson.com

Attorneys for Defendant BRIDGECREST CREDIT COMPANY, LLC

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICIA MICHALAK, individually and on behalf of the general public,<br><br>Plaintiff,<br><br>vs.<br><br>BRIDGECREST CREDIT COMPANY, LLC; and DOES 1 through 50, inclusive,<br><br>Defendant. | Case No. 8:23-cv-00032-KES<br><br>[~~PROPOSED~~] **ORDER OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

Pursuant to the Stipulation of the Parties, and good cause appearing, IT IS SO ORDERED that this action is DISMISSED, in its entirety, with prejudice.

Dated:  June 6, 2023

*/s/ Karen E. Scott*
Magistrate Judge KAREN E. SCOTT